UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

Case No. 10-10282
Hon: AVERN COHN

FRANCES C. BOWERS,

    Defendant.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

This is a student loan case. In 1996, defendant obtained a loan in the principle amount of $21,745.80 at an 8% interest rate. Defendant defaulted on the loan in March of 1998. In 2010, plaintiff sued to obtain judgment on the debt, which plaintiff now says is $40,901.29 as of May 20, 2010. Defendant, who is represented by counsel, filed an answer.

On May 20, 2010, plaintiff filed the instant motion for summary judgment, contending that the evidence, particularly the Certificate of Indebtedness, conclusively establishes defendant's obligation and defendant has no viable defenses.

Defendant has not responded to the motion.[1] The Court has reviewed plaintiff's motion and supporting exhibits and finds it to be well-taken. Accordingly, for the

---

[1] Under the local rules, defendant's response was due within 21 days after service, on or about June 14, 2010. See E.D. Mich. LR 7.1(e)(1)(B). Defendant did not timely respond to the motion. Accordingly, on July 6, 2010, the Court issued a Notice of Hearing on plaintiff's motion. The Notice stated that a response to the motion was due on or before July 30, 2010. To date, no response has been filed. In light of defendant's failure to respond, the hearing set for September 1, 2010 is cancelled and the Court deems this matter appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); E.D. Mich. LR 7.1(f)(2).

reasons stated in plaintiff's brief, plaintiff's motion for summary judgment is GRANTED.

Plaintiff shall submit a proposed final judgment within ten (10) days.

SO ORDERED.

        S/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE

Dated: August 17, 2010

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 17, 2010, by electronic and/or ordinary mail.

        S/Deborah R. Tofil
        Relief Case Manager, (313) 234-5160